UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00197 |
| | ) | |
| DARIUS QUONTEZ LEWIS, | ) | |
| a/k/a "CHOKEY" | ) | |

## MOTION TO UNSEAL INDICTMENT

The undersigned Assistant United States Attorney for the Middle District of Tennessee moves this Court to unseal the Indictment filed on September 15, 2011, in the above-entitled matter. The defendant is in custody. Therefore it is no longer necessary for the indictment to remain sealed.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

J. ALEX LITTLE
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

SO ORDERED:

John S. Bryant
United States Magistrate Judge

Dated: September 20, 2011