Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:11-00197 |
| ) | Judge Trauger |
| DARIUS QUONTEZ LEWIS ) | |

## MOTION TO CONTINUE THE TRIAL DATE AND RELATED DEADLINES

Comes Darius Quontez Lewis, through counsel, and moves this Honorable Court to continue the trial of this case from February 19, 2013, to a date appropriate to the Court's calendar in late April or early May, 2013.

Alex Little, the Assistant United States Attorney handling the case for the government, is not opposed to Mr. Lewis' request. A Waiver of Speedy Trial executed by the defendant is being filed with this motion.

Counsel met with Mr. Lewis on Thursday, February 7, 2013, to discuss his case. Mr. Lewis is aware of the need for a continuance in his case and executed the waiver at that time.

Mr. Lewis is housed in Grayson County, Kentucky. Meetings between Mr. Lewis and counsel require planning and more time because he is housed at such a distance. This case needs more investigation and discussion prior to any plea or trial of the case.

AUSA Little has advised counsel that additional discovery material will be furnished to him. Counsel and client need time to review the new discovery. Counsel is of the opinion that a disposition will be reached in this case but not at this time.