IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

<mark>GRANTED, and the July 9, 2013 trial date is CONTINUED to October 1, 2013.</mark>

*/s/ Aleta A. Trauger*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:11-00197 |
| | ) | Judge Trauger |
| DARIUS QUONTEZ LEWIS | ) | |

## THIRD MOTION TO CONTINUE THE TRIAL DATE AND RELATED DEADLINES

Comes Darius Quontez Lewis, through counsel, and moves this Honorable Court to continue the trial of this case from Tuesday, July 9, 2013, to a date appropriate to the Court's calendar in approximately sixty (60) days.

A Waiver of Speedy Trial executed by the defendant on this date is being filed with this motion.

Counsel could not reach Alex Little, the Assistant United States Attorney handling the case for the government, but knows of no reason why he would object to this continuance.

Counsel received a final settlement offer on Monday, July 1, 2013. Counsel met with Mr. Lewis today, and he was not prepared to accept the offer, and requested more time to consider the offer and the possibility of a trial. Counsel feels that his request is appropriate and necessary. Counsel is of the opinion that the case may well be disposed of by settlement in the future. Mr. Lewis needs additional time in which to consider a possible settlement, and of course, more time would be necessary to prepare for any trial in this case. The matter is currently set for July 9, 2013.